**MEMO ENDORSED.**



# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

*Jeffrey C. Chancas*
**Partner**
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 900

January 13, 2026

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

> Re:   Lesaldo Shalto v. 1 East 28th Street Pizza LLC
> and Profile Enterprises 3 LLC
> United States District Court
> Southern District of New York
> Case No. 1:25-cv-09218 (DEH) (OTW)

Honorable Magistrate Judge Wang:

This firm represents Defendant Profile Enterprises 3 LLC ("Profile") in the above-referenced matter.

Per Your Honor's Docket Entry Order of July 9, 2026 [Doc. #10], the undersigned counsel for Profile and Plaintiff, jointly, respectfully suggest the following proposed dates for the adjourned Conference: Friday February 6th, Monday February 9th, or Wednesday February 11th. Afternoons are preferred, but both attorneys are available on those days at any time convenient for the Court.

In addition, Profile again respectfully requests an extension of its deadline to file an answer to the Complaint [Doc. #1] until February 27, 2026. This request is with the consent of Plaintiff's counsel.

This is the First Request for an extension of the answer deadline.

*Manhattan Office*| 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office*| 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
**www.borahgoldstein.com**


## BORAH GOLDSTEIN
### ALTSCHULER NAHINS & GOIDEL, P.C.

-2-

The request for the extension of the answer deadline is being made to afford Profile an opportunity to review the Complaint's allegations and to discuss potential settlement with the other parties.

The request does not interfere with any other scheduled dates.

Wherefore, I respectfully request that the Court grant this application.

Thank you.

Respectfully submitted,

/s/ Jeffrey C. Chancas
JEFFREY C. CHANCAS

The court will hold a Preliminary Settlement Conference call in this matter on **Tuesday, March 3, 2026 at 2:00 PM.** Parties are directed to call Chambers at 212-805-0260 when all counsel are on the line. If parties are unavailable, meet and confer and propose alternative dates.

/s/ Bradly G. Marks
BRADLY G. MARKS

The deadline to file an answer is **EXTENDED** to February 27, 2026.

**SO ORDERED.**

_____
Ona T. Wang                    January 20, 2026
U.S.M.J.

*Manhattan Office*| 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office*| 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com